# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

PHILIP MICHAEL HOPE, SR.,

       Plaintiff,

    v.

MRS. KAREN FINCH; MR. CARL
BETTERSON; and COAST S.P. MEDICAL
STAFF,

       Defendants.

CIVIL ACTION NO.: 4:20-cv-280

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 12, 2021, Report and Recommendation, (doc. 11), to which Plaintiff has not filed an objection. Plaintiff has failed to comply with the Court's rules requiring that he keep the Court apprised of his current mailing address. He has also failed to comply with the Court's Order to complete and return forms required for his *in forma pauperis* status. (Doc. 6.) Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA